NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

15-1003

STATE OF LOUISIANA

VERSUS

BIONCA JOSEPH
aka BIONCA SHANTE' JOSEPH

\*\*\*\*\*\*\*\*\*\*\*\*
APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, DOCKET NOS. 15-0192, 15-0193
HONORABLE THOMAS F. PORTER, IV, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*
**BILLY H. EZELL**
**JUDGE**
\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, Billy H. Ezell, and John E. Conery, Judges.

**APPEAL DISMISSED. DEFENDANT-APPELLANT IS PERMITTED TO FILE AN APPLICATION FOR SUPERVISORY WRITS WITH THIS COURT WITHIN FIFTEEN DAYS FROM THE DATE OF THIS DECISION.**

**MICHAEL GUIDRY**
**City Prosecutor**
**2100 Jefferson Street, Suite C**
**Lafayette, LA 70501**
**COUNSEL FOR APPELLEE:**
        City of Lafayette

**BIONCA JOSEPH**
**aka BIONCA SHANTE' JOSEPH**
**152 N. General Marshall**
**Lafayette, LA 70501**
        In Proper Person

**Ezell, Judge.**

On February 3, 2015, Defendant-Appellant, Bionca Joseph, aka Bionca Shante' Joseph, was charged with two counts of resisting an officer, in violation of La.R.S. 14:108. On August 12, 2015, Defendant-Appellant was convicted of two counts of resisting an officer and was sentenced to fifteen days on each count in the parish jail. The sentences were suspended, and Defendant-Appellant was placed on six months of unsupervised probation. The sentences and probation were ordered to run concurrently. Defendant-Appellant was also ordered to pay two hundred and ten dollars on each count in fines and court costs.

On September 11, 2015, Defendant-Appellant filed a "MOTION TO APPEAL JUDGMENT" with the trial court. The trial court granted Defendant-Appellant's motion on September 29, 2015, with a return date of October 16, 2015.

On October 20, 2015, this court lodged the appeal record. On October 23, 2015, this court issued a rule to show cause why the appeal should not be dismissed as non-appealable, since the offenses at issue are misdemeanors. La.Code Crim.P. art. 912.1.

Defendant-Appellant filed a "BRIEF" in response to the rule to show cause on November 9, 2015; however, the "BRIEF" addresses the merits, rather than the appealability of the judgment.

The offenses are non-appealable; therefore, the appeal in his case is hereby dismissed. However, Defendant-Appellant is hereby permitted to file a proper application for supervisory writs, in compliance with Uniform Rules—Courts of Appeal, Rule 4, no later than fifteen days from the date of this decision. Defendant-Appellant is not required to file a notice of intent to seek writs nor obtain an order setting a return date pursuant to Uniform Rules—Courts of Appeal,

Rule 4-3, as we hereby construe the motion for appeal as a timely-filed notice of intent to seek a supervisory writ.

**APPEAL DISMISSED. DEFENDANT-APPELLANT IS PERMITTED TO FILE AN APPLICATION FOR SUPERVISORY WRITS WITH THIS COURT WITHIN FIFTEEN DAYS FROM THE DATE OF THIS DECISION.**